UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SAID GSSIME,

                    Plaintiff,              <u>MEMORANDUM & ORDER</u>
                                            09-CV-5674 (JS)(ETB)

        -against-

BETH WASSERMAN, ET AL.,

                    Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:      Said Gssime, <u>pro</u> <u>se</u>
                    Prisoner No. 98-A-5384
                    Marcy Correctional Facility
                    P.O. Box 3600
                    Marcy, NY 13403

For Defendants:     No Appearances.

SEYBERT, District Judge:

            Pending before the Court is: (1) Plaintiff Said

Gssime's motion for reconsideration of the Court's August 3,

2010 Order revoking <u>in</u> <u>forma</u> <u>pauperis</u> status[1]; and (2) Magistrate

Judge E. Thomas Boyle's Report & Recommendation ("R&R"), issued

January 14, 2011, which recommended that the Court dismiss this

action without prejudice for failure to affect service.

_____

[1] It is unclear if Mr. Gssime, in fact, seeks reconsideration of
this Order.  It may be that Mr. Gssime really wants the Court to
stay this action until he is released from prison, or dismiss it
without prejudice.  <u>See</u> Docket No. 23.  If that's the case, than
this Order gives Mr. Gssime his wish, by dismissing without
prejudice for failure to affect service.

## DISCUSSION

Mr. Gssime's motion for reconsideration is DENIED. As the Court's August 3, 2010 Order notes, Mr. Gssime has already had five previous _in forma pauperis_ actions dismissed for failure to state a claim. <u>See</u> Docket No. 22 at 5. Thus, he has already had his "three strikes," and then some. <u>See</u> <u>id.</u>; 28 U.S.C. § 1915(g). It follows then that, for this action's purposes, he is ineligible for _in forma pauperis_ status.

Magistrate Judge Boyle's R&R is ADOPTED in its entirety. Mr. Gssime filed no objections to the R&R. Thus, the Court "need only satisfy itself that there is no clear error on the face of the record." <u>Urena v. New York</u>, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (internal quotations omitted). Having reviewed the R&R, the Court finds it to be correct, comprehensive, well-reasoned, and free of any clear error. As Judge Boyle correctly reported, Mr. Gssime has failed to affect service on any defendant, even though this action has been pending for more than a year, and Mr. Gssime has failed to show good cause for not affecting service. Consequently, as Magistrate Judge Boyle properly recommended, this action must be DISMISSED WITHOUT PREJUDICE. <u>See</u> FED. R. CIV. P. 4(m).

## CONCLUSION

Mr. Gssime's motion for reconsideration is DENIED. Magistrate Judge Boyle's R&R is ADOPTED in its entirety. This

case is DISMISSED WIHTOUT PREJUDICE.  The Clerk of the Court is directed to mark this matter as CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:     February \_\_23\_\_\_ , 2011
           Central Islip, New York